UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LISA ANN BAUM,

    Plaintiff,

v.

    Case No: 2:21-cv-00241

    Hon. Janet T. Neff

NORTHERN FAB & MACHINE, LLC,
a Michigan Limited Liability Company,

    Defendant.

| STERLING ATTORNEYS AT LAW, P.C. | JACKSON LEWIS P.C. |
|---|---|
| James C. Baker (P62668) | Allan S. Rubin (P44420) |
| *Attorneys for Plaintiff* | Blaine Veldhuis (P77840) |
| 33 Bloomfield Hills Pkwy., Ste. 250 | *Attorneys for Defendant* |
| Bloomfield Hills, MI 48304 | 2000 Town Center, Suite 1650 |
| (248) 644-1500 | Southfield, MI  48075 |
| jbaker@sterlingattorneys.com | (248) 936-1900 |
|  | allan.rubin@jacksonlewis.com |

### ORDER DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

    IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint against Defendant is dismissed with prejudice, and Plaintiff and Defendant bear their own attorneys' fees and costs. Entry of this order resolves all pending claims and dismisses Defendant from this matter and closes this case.

    IT IS SO ORDERED.

Date:  October 20, 2022

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge